UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
          -v-                                             :
                                                          :          25 Cr. 477 (JPC)
CATHERINE DAIL,                                           :
                                                          :          PRETRIAL ORDER
                         Defendant.                       :
                                                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Trial is scheduled to begin in this matter on December 7, 2026.  The Parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.  Defendant's pretrial motions, aside from motions *in limine*, and the associated briefing shall be filed as already directed by this Court, *see* Dkt. 15: Defendant's pretrial motions are due July 17, 2026, the Government's responses are due August 7, 2026, and replies are due August 21, 2026.

The deadline for the Government's expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) is September 4, 2026.  The deadline for Defendant's rebuttal expert disclosures pursuant to Rule 16(b)(1)(C) is October 5, 2026.  The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by October 23, 2026.  By November 9, 2026, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms.  Any motions *in limine* shall also be filed by November 9, 2026, with oppositions due November 16, 2026.

The Court will hold a Final Pretrial Conference on December 1, 2026 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 8, 2026
      New York, New York

_____
JOHN P. CRONAN
United States District Judge

2